# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**WILLIE JAMES PHILLIPS,**

    **Plaintiff,**

vs.                            Case No. 4:07cv511-RH/WCS

**THE STATE OF GEORGIA, et al.,**

    **Defendants.**

_____/

## REPORT AND RECOMMENDATION

    This cause is before the Court upon referral from the Clerk of Court. Plaintiff has sent to this Court a complaint, an *in forma pauperis* motion, and supporting declaration. Docs. 1, 2, and 3. At the top of each the documents, Plaintiff indicates he intended to file this lawsuit in the United States District Court, for the Southern District of Georgia. Plaintiff is incarcerated in the State of Georgia, and it appears the Defendants are located in Georgia. Thus, this case should not have been opened in this Court and, pursuant to 28 U.S.C. § 1406(a) and 28 U.S.C. § 90, this case should be transferred to the Court where Plaintiff intended it to have been filed, the United States District Court for the Southern District of Georgia, Savannah Division.

In light of the foregoing, and pursuant to 28 U.S.C. §§ 1404(a) and 1406(a), the undersigned respectfully **RECOMMENDS** transfer of this action to the United States District Court for the Southern of Georgia, Savannah Division, for all further proceedings.

**IN CHAMBERS** at Tallahassee, Florida, on December 10, 2007.

    s/     William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**