IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

WILLIE JAMES PHILLIPS,

    Plaintiff,

v.     CASE NO.  4:07cv511-RH/WCS

THE STATE OF GEORGIA, et al.,

    Defendants.

_____/

## ORDER FOR TRANSFER

This matter is before the court on the magistrate judge's report and recommendation (document 5), to which no objections have been filed.  Upon consideration,

    IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court.  This matter is hereby transferred to the United States District Court for the Southern District of Georgia, Savannah Division.  The clerk shall take all actions necessary to effect the transfer.

    SO ORDERED this 12th day of January, 2008.

                                        s/Robert L. Hinkle
                                        Chief United States District Judge